v.

**John D. ASHCROFT, Attorney General
of the United States, Appellee.**

No. 03–1039.

United States Court of Appeals,
Federal Circuit.

May 4, 2004.

The SHERMAN R. SMOOT
CORP., Appellant,

v.

**Gordon R. ENGLAND, Secretary
of the Navy, Appellee.**

No. 03–1503.

United States Court of Appeals,
Federal Circuit.

May 4, 2004.

Before CLEVENGER, RADER, and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

Richard S. Ewing, Principal Attorney, Donald E. Kinner, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Appellee.

Christopher Lee Grant, Principal Attorney, Washington, DC, for Appellant.

Before LOURIE, SCHALL, and DYK, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

AFFIRMED. *See* Fed. Cir. R. 36.